THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ODELL WINFIELD, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered December 14, 1973, convicting him of criminally selling a dangerous drug in the second degree, criminally selling a dangerous drug in the third degree and criminal possession of a dangerous drug in the fourth degree (two counts), upon a jury verdict, and imposing sentence. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence on the first above-mentioned count from an indeterminate prison term of a maximum of 25 years to an indeterminate prison term of a maximum of 15 years. As so modified, judgment affirmed. Under the facts in this case, in which the basis for defendant's conviction of criminally selling a dangerous drug in the second degree was the sale to a person under 21 years of age but in which such person was a 20-year-old undercover police officer, we conclude that the sentence imposed on that count was excessive to the extent

indicated herein. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.